

RECEIVED
USDC, WESTERN DISTRICT OF
TONY R. MOORE, CLERK
8/4/15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEFFRE FRANCIS HALAS (#43242-177) | DOCKET NO. 15-CV-1231; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| WARDEN | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition pursuant to 28 U.S.C. §2241 be denied and dismissed, with prejudice, as Petitioner has not shown that he is in custody in violation of the Constitution or laws of the United States.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 3rd day of August, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE